DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KHONESAY RACHSINGHARN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-0368 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| KHONESAY RACHSINGHARN, | DATE: February 6, 2012 |
| *Defendant.* | TIME: 9:00 A.M. |
| | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathy A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Khonesay Rachsingharn, that the status conference currently set for December 19, 2011, **may be continued to February 6, 2012 at 9:00 a.m.**

This stipulation is proposed by the defense to allow for completion of discovery review. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

|     |                              |     |                                                        |
| --- | ---------------------------- | --- | ------------------------------------------------------ |
|     |                              |     | BENJAMIN B. WAGNER<br>United States Attorney           |
| 1   |                              |     |                                                        |
| 2   |                              |     |                                                        |
| 3   | DATED: December 15, 2011     | By: | /s/ *Kathy A. Servatius*                               |
|     |                              |     | KATHY A. SERVATIUS<br>Assistant United States Attorney |
| 4   |                              |     | Counsel for Plaintiff                                  |

DATED: December 15, 2011     By:     /s/ *Kathy A. Servatius*
                                     KATHY A. SERVATIUS
                                     Assistant United States Attorney
                                     Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: December 15, 2011     By:     /s/ *Victor M. Chavez*
                                     VICTOR M. CHAVEZ
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     KHONESAY RACHSINGHARN

## ORDER

IT IS SO ORDERED.

Dated:   December 16, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

Rachsingharn - Stipulation to Continue
Status Conference Hearing

2