```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  KHONESAY RACHSINGHARN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-0368 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE HEARING; ORDER |
| KHONESAY RACHSINGHARN, | ) DATE: March 19, 2012 |
|  | ) TIME: 10:00 A.M. |
| Defendant. | ) JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathy A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Khonesay Rachsingharn, that the status conference currently set for February 27, 2012, **may be continued to March 19, 2012 at 10:00 a.m.**

This stipulation is proposed by counsel to allow more time to complete discovery review and plea negotiation. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

|   |   |   |   |
|---|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney | |
| DATED: February 23, 2012 | | By: | /s/ *Kathy A. Servatius*<br>KATHY A. SERVATIUS<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| | | DANIEL J. BRODERICK<br>Federal Defender | |
| DATED: February 23, 2011 | | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>KHONESAY RACHSINGHARN |

**ORDER**

IT IS SO ORDERED.

Dated: February 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE