| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | KHONESAY RACHSINGHARN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-0368 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; ORDER |
| | ) | |
| KHONESAY RACHSINGHARN, | ) | DATE: June 4, 2012 |
| | ) | TIME: 10:00 A.M. |
| Defendant. | ) | JUDGE: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathy A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Khonesay Rachsingharn, that the status conference currently set for April 30, 2012, **may be continued to June 4, 2012 at 10:00 a.m.**

This stipulation is proposed by counsel to allow more time to complete discovery review and consideration of plea offer. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

|   |   |   |   |
|---|---|---|---|
| DATED: April 26, 2012 | | By: | /s/ *Kathy A. Servatius* |

BENJAMIN B. WAGNER
United States Attorney

DATED: April 26, 2012       By:    /s/ *Kathy A. Servatius*
KATHY A. SERVATIUS
Assistant United States Attorney
Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 26, 2012       By:    /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
KHONESAY RACHSINGHARN

**ORDER**

IT IS SO ORDERED.

Dated:    April 26, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE