DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KHONESAY RACHSINGHARN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-0368 AWI |
| *Plaintiff,* | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| KHONESAY RACHSINGHARN, | DATE: September 4, 2012 |
| | TIME: 10:00 A.M. |
| *Defendant.* | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Khonesay Rachsingharn, that the status conference currently set for August 6, 2012, **may be continued to September 4, 2012 at 10:00 a.m.**

Defense requests this stipulation for further plea negotiations and defense investigation. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 1, 20 12 | | By: | /s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| | | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 1, 2012 | | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>KHONESAY RACHSINGHARN |

**ORDER**

IT IS SO ORDERED.

Dated: August 2, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE